# RECOMMENDATION TERMINATING
# SUPERVISED RELEASE PRIOR TO EXPIRATION DATE

## UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | **Docket Number:** 2:98CR00171-011 |
| ) | |
| MANUEL GALDAMEZ ) | |
| ) | |

**LEGAL HISTORY:**

On December 8, 2000, the above-named was placed on supervised release for a period of 3 years, which commenced on August 22, 2003. Special conditions included a requirement for warrantless search, financial disclosure, and financial restrictions.

**SUMMARY OF COMPLIANCE:**

Manuel Galdamez has complied with all conditions and special conditions of supervised release, and has not been involved in any further criminal activities. It is the opinion of the probation officer supervising Challberg in the Central District of California that Manuel Galdamez has derived maximum benefit from supervision and is not in need of continued supervision.

Re:   **Manuel GALDAMEZ**
      **Docket Number:   2:98CR00171-011**
      **ORDER TERMINATING SUPERVISED RELEASE**
      **PRIOR TO EXPIRATION DATE**

**RECOMMENDATION:**

It is, therefore, respectfully recommended that supervised release in this case be terminated early.

Respectfully submitted,

/s/ karen a. meusling
**Karen A. Meusling**
**Supervising United States Probation Officer**

Dated:   September 12, 2005
         Sacramento, California

KAM:kam

cc:   AUSA Samantha Spangler (Pursuant to Rule 32, notice of proposed relief to the supervisee is being provided.  If no objection is received from you within 14 days, the probation officer's Recommendation and Prob35-Order Terminating Supervised Release Prior to Expiration Date, will be submitted to the Court for approval.)

Rev. 03/2005
EARLITRM.MRG

PROB 35

**ORDER TERMINATING SUPERVISED RELEASE
PRIOR TO EXPIRATION DATE**

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | )<br>)<br>) |
| vs. | ) Docket Number: 2:98CR00171-011<br>) |
| **MANUEL GALDAMEZ** | )<br>) |

On December 8, 2000, the above-named was placed on supervised release for a period of 3 years. He has complied with the rules and regulations of supervision. It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

/s/ karen a. meusling

**Karen A. Meusling
Supervising  United States Probation Officer**

Dated:     September 12, 2005
           Sacramento, California

Rev. 03/2005
PROB35.MRG

Re:   **Manuel GALDAMEZ**
      **Docket Number:   2:98CR00171-011**
      **ORDER TERMINATING SUPERVISED RELEASE**
      **PRIOR TO EXPIRATION DATE**

## ORDER OF COURT

It is ordered that the supervised releasee be discharged from supervised release, and that the proceedings in the case be terminated.

```
DATED:  September 16, 2005

                                /s/ Garland E. Burrell, Jr.
                                GARLAND E. BURRELL, JR.
                                United States District Judge
```

KAM:kam

Attachment:   Recommendation

cc:   United States Attorney's Office
      FLU Unit, AUSA's Office
      Fiscal Clerk, Clerk's Office